## UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

STEVEN KRAYCAR,

               Plaintiff,

v.

CRRC MA CORPORATION,

               Defendant.

Civil Action No.

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant CRRC MA Corporation ("CRRC" or "Defendant"), by and through the undersigned counsel, hereby removes this action from the Superior Court of Norfolk County, Massachusetts, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, Defendant states as follows:

### INTRODUCTION

1.      Plaintiff Steven Kraycar ("Plaintiff") commenced this action on or about April 8, 2020, by the filing of a Complaint in the Superior Court Department of the Trial Court of Norfolk County, Massachusetts under the caption *Steven Kraycar v. CRRC MA Corporation*, Civil Action No. 2082CV00376. Plaintiff sent a copy of the Complaint in this Action to counsel for CRRC on April 9, 2020 and Defendant accepted service on April 22, 2020.

2.      Pursuant to the requirements of 28 U.S.C. § 1446(a), a copy of Plaintiff's Complaint together with "all process, pleadings, and orders served upon" Defendant are attached hereto as Exhibit A.

3.    In the Complaint, Plaintiff alleges that CRRC violated the Age Discrimination in Employment Act (29 U.S.C. § 621, *et seq.*) and the Massachusetts Fair Employment Practices Act (M.G.L. c. 151B) for failure to hire Plaintiff as a Director of Project Management.

## GROUNDS FOR REMOVAL

4.    This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because the age discrimination claim asserted by Plaintiff in Count I of the Complaint "aris[es] under" federal law.

5.    This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and therefore it may be removed to this Court pursuant to 28 U.S.C. § 1441.

## REMOVAL TO THIS COURT IS PROPER AND TIMELY

6.    The District of Massachusetts is the district in which the Superior Court of Norfolk County is located and in which Plaintiff filed the Complaint. Accordingly, venue in this District is proper pursuant to 28 U.S.C. § 1441.

7.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), because the Defendant accepted service of the Plaintiff's Complaint on April 15, 2020, and filed this Notice of Removal within thirty (30) days of service.

8.    As of the date of this Notice of Removal, there are no motions pending and no orders have been entered in state court in this action.

## NOTICE

9.    In accordance with 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the state court. A copy of the Notice of Filing of Notice of Removal that will be served on Plaintiff and filed with the state court is attached as **Exhibit B**.

2

## CONCLUSION

10.     By filing this Notice of Removal, Defendant does not waive any defenses that may be available to it (including, without limitation, any defenses relating to service of process and jurisdiction) and does not concede that the allegations in the Complaint state a valid claim under any applicable law.

11.     Defendant reserves the right to amend or supplement this Notice of Removal in the event that it receives an amended complaint, motion, order or other paper at a later date revealing additional grounds for removal.

WHEREFORE, notice is given that this action is removed from the Superior Court of Norfolk County to this Court.

Respectfully Submitted,

**CRRC MA CORPORATION**

By its attorney,

/s/ John F. Welsh
John F. Welsh, BBO #522640
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
(617) 247-4100
jwelsh@bellowelsh.com

Dated: April 28, 2020

3

## CERTIFICATE OF SERVICE

I, John F. Welsh, hereby certify that on April 28, 2020, I electronically filed the foregoing *Notice of Removal* using the CM/ECF system, which will send notification of such filing to all registered participants.

/s/ John F. Welsh
John F. Welsh